IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO M. OSBORNE,**<br><br>                     Petitioner,<br><br>    v.<br><br>**JAMES A. YATES,**<br><br>                     Respondent. | CIV S 08-1490 GGH P<br><br>**ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE ANSWER** |

     GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including December 19, 2008, to file an answer to the petition for writ of habeas corpus.

DATED: 10/22/08

                                                                            /s/ Gregory G. Hollows

                                                                           GREGORY G. HOLLOWS<br>
                                                                           United States Magistrate Judge

osbo1490.eot2