IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTONIO M. OSBORNE,** | CIV S 08-1490 GGH P |
| Petitioner, | **ORDER GRANTING THIRD ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **JAMES A. YATES,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including February 17, 2009, to file an answer to the petition for writ of habeas corpus.

No further extensions.

DATED: January 7, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

brow1490.eot

ORDER GRANTING THIRD ENLARGEMENT OF TIME TO FILE ANSWER - CIV S 08-1490 GGH P

1